PROB 12A
(Revised 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Yolanda Y. Carter</u>  Case Number: <u>3:10-00051-02</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>December 22, 2010</u>

Original Offense: <u>18 U.S.C.§ 371 Conspiracy to Commit Bank Fraud and Aggravated Identity Theft</u>

Original Sentence: <u>18 months' custody followed by 2 years supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>December 28, 2011</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>  Defense Attorney: <u>Richard L. Tennent</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ The Issuance of a Warrant
    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☒ Other-Allow the offender to terminate supervision as scheduled, owing restitution

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted, |
|  | *[signature]* |
| Considered this 22 day of Oct, 2013, and made a part of the records in the above case. | Kara Sanders U.S. Probation Officer |
| *[signature]* Todd J. Campbell U. S. District Judge | Place  Nashville, Tennessee |
|  | Date  October 22, 2013 |

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall pay restitution to the victims identified in the Criminal Monetary Penalties section of the Judgment in the amount totaling $199,970.99.**

    The Court ordered Ms. Carter to pay 10% of her gross monthly income toward restitution once supervision commenced. She has paid her restitution consistently since her supervised release began in December 2011. The U.S. Clerk's Office record reflects she has paid a total of $1,858.80 toward her restitution. The balance is $198,112.19.

**Compliance with Supervision Conditions and Prior Interventions:**

Yolanda Carter began her two year term of supervised release on December 28, 2011 and is scheduled for completion on December 27, 2013. Ms. Carter has been compliant with all of the conditions of supervision. Since her supervision began, she has been employed with Asurion Inc., and has been promoted on two occasions. She has also maintained a stable residence. All of her drug tests have been negative and she has participated in substance abuse and mental health treatment as directed.

Ms. Carter has expressed understanding that she will need to continue making restitution payments once her supervision has ended. She has paid the ordered $100 special assessment.

**U. S. Probation Officer Recommendation:**

It is recommended that Ms. Carter be continued on supervision and be allowed to terminate, as scheduled, on December 27, 2013, with the understanding that she will continue to make payments after supervision has ended.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer